Nicco Capozzi (SBN 275568)
Law Office of Nicco Capozzi
1713 Tulare Street, Suite 101
Fresno, CA 93721
Phone: (559) 374-2012
Fax (559) 476-5225
nc@niccocapozzilaw.com

Attorney for Defendant
MAXIMIANO ALBERTO CEFERINO-LOPEZ

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIMIANO ALBERTO CEFERINO-LOPEZ,<br><br>Defendant. | Case No.: 1:14- CR-00065 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE FIRST STATUS CONFERENCE**<br><br>Date: May 30, 2014<br>Time: 10:00 a.m.<br>Hon. Anthony W. Ishii |

**TO THE PARTIES, COUNSEL, AND THE ABOVE-ENTITLED COURT**:

Defendant, MAXIMIANO ALBERTO CEFERINO-LOPEZ, by and through his attorney of record, Nicco Capozzi and the United States Attorney by and through Mia Giacomazzi, hereby stipulate as follows:

1. On May 7, 2014, Judge Jennifer Thurston arraigned MAXIMIANO ALBERTO CEFERINO-LOPEZ. A first status conference was set for May 30, 2014, at 10:00 a.m.

2. The parties agree and stipulate that Defendant requests this Court to continue the status conference to July 28, 2014, at 10:00 a.m or any other time on that day this Court is available.

3. The basis for the continuance concerns the availability of a specialized interpreter and defense counsel's need to speak with MAXIMIANO ALBERTO CEFERINO-LOPEZ before the hearing. A Mixteco-Bajo language interpreter is needed. The interpreter in that language is not available at 10:00 a.m. on June 30, 2014. Also, defense counsel needs to

1. secure the interpreter's service before the status conference to discuss the case, the fast-track status of the case, and the plea agreement. Continuing this matter will allow for defense counsel to do these things before the status conference, which in turn, will allow this case to proceed more efficiently.

4. There is good cause for the continuance and time should be excluded based on said causes and is in the interest of justice.

**IT IS SO STIPULATED.**

Dated: June 25, 2014        /s/Nicco Capozzi
                            Nicco Capozzi
                            Attorney for
                            Maximiano Alberto Ceferino-Lopez


Dated: June 25, 2014        /s/Mia Giacomazzi
                            Mia Giacomazzi
                            Attorney for the United States


**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and in the interest of justice.

It is ordered that the first status conference currently scheduled for June 30, 2014, at 10:00 a.m. is continued to July 28, 2014, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 26, 2014                    _____
                                          SENIOR DISTRICT JUDGE